# Court of Appeals
## Tenth Appellate District of Texas

### 10-23-00352-CV

Delbert Johnson, Jr.,
Appellant

v.

Georgia Hersom,
Appellee

On appeal from the
County Court at Law No 1 of Johnson County, Texas
Judge John E. Neill, presiding
Trial Court Cause No. CC-C20230406

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Delbert Johnson, Jr., filed a motion to voluntarily dismiss this appeal on April 14, 2025. The motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  April 24, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

